UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BAUSCH & LOMB INCORPORATED,

                              Plaintiff,

- v -

FAEZEH MONA SARFARAZI, M.D.,

                              Defendant.



**STIPULATION AND ORDER
OF DISMISSAL**
Case No. 09-cv-6041-MAT

       IT IS HEREBY STIPULATED by and between the undersigned attorneys of record for all parties to the above-caption action, that this action has been resolved and settled by the parties, and accordingly this action, including without limitation all claims and counterclaims asserted therein, shall be and the same hereby is discontinued and dismissed, with prejudice, with each party to bear its own respective fees and costs.

| | |
|---|---|
| DATED: June 6, 2017 | DATED: June 6, 2017 |
| **NIXON PEABODY LLP** | **MARC J. BERN & PARTNERS LLP** |
| By: s/ Carolyn Nussbaum<br>    Carolyn G. Nussbaum | By: s/ Brian Brick<br>    Brian H. Brick |
| 1300 Clinton Square<br>Rochester, New York 14604<br>Tel.: (585) 263-1558<br>cnussbaum@nixonpeabody.com | One Grand Central Place<br>60 E 42nd Street, Suite 950<br>New York, New York 10165<br>Tel: (212) 702-5000<br>bbrick@bernllp.com |
| *Attorneys for Plaintiff Bausch & Lomb Incorporated* | *Attorneys for Defendant Faezeh Mona Sarfarazi, M.D.* |

SO ORDERED:

_____
Hon. Elizabeth A. Wolford    7-10-17

4852-2728-9160.2